IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01850-WYD-MEH

APARTMENT INVESTMENT AND MANAGEMENT COMPANY, a Maryland corporation,

    Plaintiff,

v.

VIRGINIA SURETY COMPANY, INC., an Illinois corporation;
CAMBRIDGE INTEGRATED SERVICES GROUP, INC., a Pennsylvania corporation,

    Defendants.

## ORDER OF REMAND

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Remand [doc. #9], filed September 3, 2009.  The Court having reviewed the Motion and being otherwise advised in the premises therein, it is hereby

ORDERED that Plaintiff's Unopposed Motion to Remand [doc. #9], filed September 3, 2009, is **GRANTED**.  In accordance therewith, it is

ORDERED that the Clerk of Court is directed to **REMAND** this action to the District Court, County of Denver, State of Colorado, from which the case was removed.

Dated:  September 4, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge